[942 NE2d 300, 917 NYS2d 91]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK R. ASHLEY, Appellant.

Decided January 6, 2011

APPEARANCES OF COUNSEL

*D.J. & J.A. Cirando*, Syracuse (*John A. Cirando* of counsel), for appellant.

*Derek P. Champagne, District Attorney*, Malone (*Jennifer M. Hollis* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant's challenge to his adjudication as a second violent felony offender and the sentence that was originally imposed is moot because County Court resentenced him as a first felony offender in a postjudgment CPL 440.20 proceeding that is not a subject of this appeal. Defendant failed to preserve his argument that the guilty plea became involuntary after he was subsequently resentenced for a prior, unrelated criminal offense. Defendant's remaining contentions lack merit.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and JONES concur; Judge PIGOTT taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.